UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
HUIDAN PAN,

                Plaintiff,

v.

                                            ORDER

VILLAGE OF TUCKAHOE, EMILIA
YANKOWSKI, JALEN LABOY, VINCENT       24-cv-08036-PMH
PINTO, and JOHN AND JANE DOE 1
THROUGH 10.

                Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  New York, New York
          October 8, 2025

                                                                                  _____
                                                                                  Philip M. Halpern
                                                                                   United States District Judge